CASE# M8235 AKA W8535 (2008)
W8535) APPEAL COURT # 01-08-00809-CR. 8-17-2015
(2009)

Clerk... M. Acosta.   73,718-02,03

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 21 2015
Abel Acosta, Clerk

Sir can you send to the Docket Sheets on cases.....

Case# 1118235-B  ¢ 1118235-C
WR-73-,718-02  ¢ WR-73,718-03

These cases are one and the same 11:07. How they've got 2 numbers is purely my fault. However to do these writ PN-SE I did not properly file the paper works like a certified attorney could of, and now the case is being mishandled and misfiled. I don't have love an attorney. So please assist as much as you can in providing me with "due process" access to court issues. I need the Docket Sheets to this case.. filed recently.  X. Salazar